IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03305-PAB-MEH

TAMMY ROBERTS, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

L-O VAIL HOTEL, INC., and
DESTINATION VAIL HOTEL, INC., both Colorado corporations d/b/a the Vail Cascade Resort
& Spa,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 29, 2012.**

    The Stipulated Motion for Entry of Protective Order [filed August 28, 2012; docket #23] is **granted**, and the proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.