IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03305-PAB-MEH

TAMMY ROBERTS, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

L-O VAIL HOTEL, INC., and
DESTINATION VAIL HOTEL, INC., both Colorado corporations d/b/a the Vail Cascade Resort & Spa,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 18, 2012.**

    In the interest of justice, Defendants' Unopposed Motion for Leave to File First Amended Answer to Plaintiff's First Amended Complaint [filed September 17, 2012; docket #27] is **granted**. Pursuant to Fed. R. Civ. P. 15(a)(2), the Clerk of the Court is directed to enter Defendants' First Amended Answer to Plaintiff's First Amended Class Action Complaint [docket #27-1] as filed.