IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03305-PAB-MEH

TAMMY ROBERTS, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

L-O VAIL HOTEL, INC., and
DESTINATION VAIL HOTEL, INC., both Colorado corporations d/b/a the Vail Cascade Resort & Spa,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 2, 2012.**

    Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment – And – Unopposed Motion to Amend the Scheduling Order to Extend the Dispositive Motion Deadline [filed October 31, 2012; docket #32] is **granted** to the extent it has been referred by Judge Brimmer. (*See* docket #33.) Upon review of the Motion, the Court finds good cause to extend the dispositive motions deadline through and including November 26, 2012. In light of this modification, the Final Pretrial Conference scheduled in this case for January 15, 2013, is hereby **vacated** and **rescheduled** to **January 29, 2013**, at **9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures. All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

    **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading are posted in the forms section of the website.**

The parties are further advised that they shall not assume that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C. Colo. LCivR 83.2B.