IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03305-PAB-MEH

TAMMY ROBERTS, on behalf of herself and all similarly situated persons,

      Plaintiff,

v.

L-O VAIL HOTEL, INC., and
DESTINATION VAIL HOTEL, INC., both Colorado corporations d/b/a the Vail Cascade Resort & Spa,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 29, 2012.**

      The Stipulated Notice of Settlement and Joint Motion to Stay All Deadlines [filed November 26, 2012; docket #36] is **granted**. In light of the Notice of Settlement, the Court will impose a temporary stay of all deadlines and proceedings. The parties shall file dismissal documents on or before December 21, 2012.